2007 OCT 30 AM II: 26

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury **'07 CR 2958    WQH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ALDO ZAMORAN-LOPEZ,<br><br>           Defendant. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1326(a)<br>and (b) - Deported Alien Found<br>in the United States |

The grand jury charges:

On or about September 28, 2007, within the Southern District of California, defendant ALDO ZAMORAN-LOPEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

CJB:nlv:San Diego
10/30/07

1    It is further alleged that defendant ALDO ZAMORAN-LOPEZ, was

2  removed from the United States subsequent to August 11, 2000.

3    DATED: October 30, 2007.

4                                    A TRUE BILL:

5

6                                    _____
                                     Foreperson

7

8  KAREN P. HEWITT
   United States Attorney

9

10 By:  _____
        CARLA J. BRESSLER

11      Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28