AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**



| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ALDO ZAMORAN-LOPEZ | CASE NUMBER: 07CR2958-WQH |

I, ALDO ZAMORAN-LOPEZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___12/10/07___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Aldo Zamora_
ALDO ZAMORAN-LOPEZ
Defendant

_____
JEREMY WARREN
Counsel for Defendant

Before _____
JUDICIAL OFFICER